1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

JOSE M. OCHOA TAMAYO,

              Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of the Social
Security Administration,[1]

              Defendant.

_____

) Case No. CV 12-8484 JCG
)
)
) **JUDGMENT**
)
)
)
)
)
)
)
)
)

      IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED**.

Dated October 11, 2013

_____

Hon. Jay C. Gandhi
United States Magistrate Judge

_____

[1] Carolyn W. Colvin is substituted as the proper defendant herein.  *See* Fed. R. Civ. P. 25(d).